UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00447-RJC-DCK

| ROBERT MURPHY and ANGELES MURPHY, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| THE CINCINNATI INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on Defendant's Motion to Bifurcate. (Doc. No. 11.)

In this action, Plaintiffs assert claims for a declaratory judgment, breach of contract, unfair and deceptive trade practices/unfair claims practices, negligence, breach of the duty of good faith and fair dealing, and bad faith. Defendant moves to bifurcate Plaintiffs' claims for unfair and deceptive trade practices/unfair claims practices and bad faith for purposes of discovery and trial and to stay discovery on such claims. In their response to the motion, Plaintiffs state that they consent to both bifurcation of the claims and a stay of discovery on such claims, but do not consent to stay the accrual of any prejudgment interest and costs that may become due by Defendant after the bifurcated issues are adjudicated.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Bifurcate, (Doc. No. 11), is **GRANTED**. Plaintiffs' claims for unfair and deceptive trade

practices/unfair claims practices and bad faith are bifurcated for purposes of discovery and trial, and discovery on those claims is hereby stayed.

Signed: April 28, 2020

Robert J. Conrad, Jr.
United States District Judge